# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-5097            September Term, 2024

**1:25-cv-00400-AHA**
**1:25-cv-00402-AHA**

**Filed On:** August 20, 2025

Global Health Council, et al.,

         Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States of America, et
al.,

         Appellants

------------------------------

Consolidated with 25-5098

**BEFORE:**     Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs*, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay pending rehearing en banc, which includes a request for an administrative stay, it is

**ORDERED** that the request for an administrative stay be denied. Because this court's mandate has not yet issued, the preliminary injunction that requires the government to obligate the appropriated funds remains in effect.

### Per Curiam

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

        BY:     /s/
                         Emily Campbell
                         Deputy Clerk

* Circuit Judge Childs did not participate in this matter.